UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -

JONATHAN TORRES,

    Defendant.

23-cr-395 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed at the conference held today, the defendant's motions are due on **January 4, 2024**. The time for the Government to respond is **January 25, 2024**. The time to reply is **February 1, 2024**. The parties are directed to appear for a hearing on the motion to suppress on **February 16, 2024, at 9:30 a.m.**

The trial in this matter is scheduled for **April 9, 2024, at 9:00 a.m.** The parties are directed to appear for a pre-trial conference on **April 3, 2024, at 10:30 a.m.**

SO ORDERED.

Dated:    New York, New York
             October 17, 2023

                                            John G. Koeltl
                                      United States District Judge