UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -                       23-cr-395 (JGK)

JONATHAN TORRES,                      ORDER

              Defendant.

---

**JOHN G. KOELTL, District Judge:**

The conference scheduled for February 16, 2024, at 9:30 a.m., is adjourned to **February 16, 2024, at 11:30 a.m.** The Court will not hold an evidentiary hearing at that time but may hear argument on the motion to suppress.

The reply brief due on February 8 should address only the motion to suppress.

The parties can brief separately a motion to sever in accordance with a schedule to be set at the February 16, 2024 conference.

**SO ORDERED.**

Dated:    New York, New York
           February 7, 2024

                                        John G. Koeltl
                                   United States District Judge