UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

JONATHAN TORRES,
                Defendant.
-------------------------------------------------------------X

23 cr 395 (JGK)

**ORDER**

      The following conditions are added to the terms of the release of the defendant, Jonathan Torres:

      The defendant shall not access or possess personal identifying information of another individual, and the defendant shall not open new financial accounts or lines of credit without the permission of Pretrial Services.

**SO ORDERED.**

                                                                       */s/ John G. Koeltl*
                                                  **JOHN G. KOELTL**
                                              **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          February 16, 2024