```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

    - against -                     23-cr-395 (JGK)

JONATHAN TORRES,                 ORDER

    Defendant.

JOHN G. KOELTL, District Judge:

By **February 23, 2024, at noon,** the defendant should respond to the Government's letter asking the Court to deny the defense request for the testimony of Detective Tepperman at the evidentiary hearing scheduled for February 26, 2024. ECF No. 40.

SO ORDERED.

Dated:    New York, New York
            February 21, 2024

                                            John G. Koeltl
                                   United States District Judge