UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -                              23-cr-395 (JGK)

JONATHAN TORRES,                              ORDER

               Defendant.

---

JOHN G. KOELTL, District Judge:

    The defense indicates that Detective Tepperman is unavailable on Monday, February 26, 2024. See ECF No. 42. Therefore, at the hearing and after listening to the parties, the Court will listen to argument on whether the testimony of Detective Tepperman is appropriate for the resolution of any motion to suppress.

SO ORDERED.

Dated:    New York, New York
            February 23, 2024

                                              John G. Koeltl
                                       United States District Judge