```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

      - against -                            23-cr-395 (JGK)

JONATHAN TORRES,                      ORDER

                Defendant.

JOHN G. KOELTL, District Judge:

    As discussed at the conference held on February 16, 2024, the evidentiary hearing on the motion to suppress is scheduled for **February 26, 2024, at 10:00 a.m.**

    Additionally, the defendant's motion to sever is due on **February 27, 2024.** The time for the Government to respond is **March 5, 2024.** The time to reply is **March 11, 2024.**

    Trial remains scheduled for **April 9, 2024, at 9:00 a.m.** The Court notes that the Court has already excluded time until April 9, 2024, the current trial date, from Speedy Trial Act calculations pursuant to 18 U.S.C. § 3161(h)(7)(A), see ECF No. 22, and now confirms that exclusion. The Court also notes that time is excluded during the pendency of the current motions until their prompt disposition pursuant to 18 U.S.C. § 3161(h)(1)(D).

SO ORDERED.

Dated:    New York, New York
           February 23, 2024          _____
                                                         John G. Koeltl
                                               United States District Judge