UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      - against -                23-cr-395 (JGK)

JONATHAN TORRES,                ORDER

                Defendant.

JOHN G. KOELTL, District Judge:

    As discussed at the evidentiary hearing held today, the defendant's motion to suppress is due on **March 5, 2024**. The time for the Government to respond is **March 12, 2024**. The time to reply is **March 15, 2024.**

SO ORDERED.

Dated:    New York, New York
          February 26, 2024

                              John G. Koeltl
                      United States District Judge