```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
———————————————————————————

UNITED STATES OF AMERICA

        - against -　　　　　　　　　　　23-cr-395 (JGK)

JONATHAN TORRES,　　　　　　　　　　　ORDER

                Defendant.

———————————————————————————

JOHN G. KOELTL, District Judge:

    The parties are directed to file requests to charge by **April 1, 2024.** Response and objections are due by **April 5, 2024.**

SO ORDERED.

Dated:　　New York, New York
　　　　　　March 25, 2024

　　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　United States District Judge