UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

      - against -                  23-cr-395 (JGK)

JONATHAN TORRES,                ORDER

            Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file their responses to the motions in limine by **March 28, 2024**.

SO ORDERED.

Dated:    New York, New York
          March 26, 2024

                                            John G. Koeltl
                                   United States District Judge