# United States District Court
### SOUTHERN DISTRICT OF NEW YORK

TO: **Office of Temporary and Disability Assistance**
**C/O Craig Crist**

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the United States District Court for the Southern District of New York, 500 Pearl Street, in the Borough of Manhattan, City of New York, New York, in the Southern District of New York, at the following date, time and place:

Appearance Date:   April 16, 2024 @ 9:00 am
Appearance Place:  500 Pearl Street, New York, NY 10007
to testify and give evidence in the following matter:

***United States v. Jonathan Torres*, S1 23 Cr. 395 (JGK)**

and not to depart the Court without leave thereof, or of the United States Attorney, and that you bring with you and produce at the above time and place the following:

### Personal appearance is required.

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED:   New York, New York
         March 29, 2024

*Damian Williams /MCS*
DAMIAN WILLIAMS
*United States Attorney for the*
*Southern District of New York*

*M. S[signature]*
Christy Slavik
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
(212) 637-1113

SO ORDERED:
[signature] 4/1/24
The Honorable John G. Koeltl
United States District Judge for the
Southern District of New York

5

## Trial Subpoena to OTDA dated March 29, 2024

### Rider

For █████████████████████████ please provide all of the following:

1) Applications for benefits

2) Any records of change in phone number, address, or email account

3) Dates and locations where benefits cards were used

4) Any reports, documentation, or communication regarding lost or stolen benefits cards

TIME FRAME: July 1, 2022 through June 15, 2023

**Please provide any records in digital form. Personal appearance is required to authenticate and explain records at trial.**