UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

      - against -                   23-cr-395 (JGK)

JONATHAN TORRES,                  ORDER

        Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The parties are directed to file on the docket Inspector Hernandez's curriculum vitae, including all publications authored in the previous ten years, and the list of cases during the previous four years in which Inspector Hernandez has testified as an expert. See Def.'s Mot. in Limine, Ex. 1, ECF No. 59-1 (referring to the documents as Exhibits A and B, respectively).

**SO ORDERED.**

Dated:    New York, New York
           April 1, 2024

                                              John G. Koeltl
                                        United States District Judge