UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

JONATHAN TORRES,

          Defendant.

23-cr-395 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

As discussed at the pre-trial conference for the first trial today, the parties are directed to appear for a pre-trial conference for the second trial on **April 15, 2024**, at **11:00 a.m.**

The second trial remains scheduled for **April 16, 2024**, at **9:00 a.m.** The Court notes that the Court has already excluded time until April 16, 2024, from Speedy Trial Act calculations pursuant to 18 U.S.C. § 3161(h)(7)(A), see ECF No. 67, and now confirms that exclusion.

SO ORDERED.

Dated:    New York, New York
           April 3, 2024

                                      John G. Koeltl
                                   United States District Judge