UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

                -against-

JONATHAN TORRES,
                Defendant.
-------------------------------------------------------------X

(S1) 23 cr 395 (JGK)

**ORDER OF REMAND**

      For the reasons stated, today, the defendant, Jonathan Torres, having been convicted at trial of Counts 1 and 2 of the superseding indictment, is hereby ordered remanded to the custody of the Bureau of Prisons and United States Marshal, pending sentence.

**SO ORDERED.**

                                                                 **JOHN G. KOELTL**
                                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          April 12, 2024