UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-                                                  23 cr 395 (JGK)

JONATHAN TORRES,
                    Defendant.
-----------------------------------------------------------X

It is hereby ordered that Carlos M. Santiago, Esq., be appointed as counsel for the defendant, Jonathan Torres, for all purposes, replacing Zachary Margulis Ohnuma.

**SO ORDERED.**

                                                                _____
                                                                   JOHN G. KOELTL
                                                           UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        April 30, 2024