UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

      - against -                           23-cr-395 (JGK)

JONATHAN TORRES,                       ORDER

              Defendant.

---

JOHN G. KOELTL, District Judge:

The parties should provide the Court a status report by **July 12, 2024**. Sentencing in this matter is adjourned to **September 26, 2024**, at **11:00 a.m.**

SO ORDERED.

Dated:    New York, New York
            June 11, 2024

                                              John G. Koeltl
                                        United States District Judge