UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -                                  23-cr-395 (JGK)

JONATHAN TORRES,                           ORDER

            Defendant.

**JOHN G. KOELTL, District Judge:**

The deadline for the defendant to file pre-sentence motions is **September 13, 2024.** The deadline for the Government to respond is **October 11, 2024.** The deadline for the defendant to reply is **October 25, 2024.**

**SO ORDERED.**

Dated:    New York, New York               /s/ John G. Koeltl
           August 13, 2024

                                                  John G. Koeltl
                                    United States District Judge