**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 23-cr-395 (JGK) |
| - against – | <u>ORDER</u> |
| **JONATHAN TORRES,** | |
| Defendant. | |

————————————————————————

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for a conference on **Thursday, September 5, 2024,** at **11:30 a.m.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 27, 2024**

                                                     /s/ John G. Koeltl
                                                           John G. Koeltl
                                       **United States District Judge**