UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

       -against-                       23 cr 395 (JGK)

JONATHAN TORRES,

                    Defendant.
-------------------------------------------------------------X

       It is hereby ordered that Jesse M. Siegel, Esq., is appointed as counsel for the defendant,

Jonathan Torres, for all purposes, replacing Carlos M. Santiago, Esq.

**SO ORDERED.**

                              **JOHN G. KOELTL**
                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 5, 2024