UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

   - against -         23-cr-395 (JGK)

JONATHAN TORRES,         ORDER

     Defendant.

---

JOHN G. KOELTL, District Judge:

  The parties are directed to appear for a conference on Thursday, **October 10, 2024, at 4:30 p.m.**

  Sentencing in this matter is adjourned to Wednesday, **November 13, 2024, at 11:30 a.m.**

  The pending deadlines in this case (See ECF No. 111) are stayed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
     September 5, 2024

                  _____
                    John G. Koeltl
                 United States District Judge