```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------

UNITED STATES OF AMERICA

       - against -                    23-cr-395 (JGK)

JONATHAN TORRES,                    ORDER

            Defendant.

-----------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The status conference scheduled on Thursday, October 10, 2024, at 4:30 p.m. is adjourned to Wednesday, **November 20, 2024, at 12:00 p.m.**

    Sentencing in this matter is further adjourned to Wednesday, **December 18, 2024, at 11:00 a.m.** The time for the defendant to submit his sentencing submissions is **December 4, 2024.** The time for the Government to submit its sentencing submissions is **December 10, 2024.**

SO ORDERED.

Dated:    New York, New York
           October 9, 2024

                                            John G. Koeltl
                                    United States District Judge