UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

           -against-                                                           23 cr 395 (JGK)

JONATHAN TORRES,                                                    **ORDER**
                        Defendant.
------------------------------------------------------------X

        The status conference scheduled for November 20, 2024, is **advanced to Wednesday, November 13, 2024, at 12:00pm.**

**SO ORDERED.**

                                                                               **JOHN G. KOELTL**
                                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        October 22, 2024