```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

UNITED STATES OF AMERICA

       - against -                        23-cr-395 (JGK)

JONATHAN TORRES,                      ORDER

               Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court will hold a status conference on **Tuesday, January 21, 2025** at **4:30 p.m.**

    Any pending deadlines are extended to dates to be set at the January 21, 2025 status conference. Likewise, sentencing in this matter is adjourned to a date to be determined at the January 21, 2025 status conference.

**SO ORDERED.**

Dated:    New York, New York
            November 13, 2024

                                                    _____
                                                         John G. Koeltl
                                          United States District Judge