UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

    - against -    23-cr-395 (JGK)

JONATHAN TORRES,    <u>ORDER</u>

    Defendant.
---

JOHN G. KOELTL, District Judge:

    The time for the defendant to file any motions pursuant to Rule 29 and/or Rule 33 of the Federal Rules of Criminal Procedure is hereby extended, for good cause shown, to **February 24, 2025.**

    The time for the defendant to file any such motions is **February 24, 2025.** The time for the Government to respond is **March 14, 2025.** The defendant may reply by **March 28, 2025.**

    The parties are directed to appear for oral argument on **April 10, 2025** at **2:30 p.m.**

    Sentencing in this matter is adjourned to a date to be determined after the decision on any Rule 29 and/or Rule 33 motions that are filed by the defendant.

SO ORDERED.

Dated:    New York, New York
             January 21, 2025

                                                        John G. Koeltl
                                        United States District Judge