UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                                  23 cr 395 (JGK)

JONATHAN TORRES,                                      **ORDER**
                      Defendant.
-----------------------------------------------------------------X

        The oral argument scheduled for Thursday, April 10, 2025, at 2:30pm, is adjourned pending full briefing on the defendant's motion for a new trial.

**SO ORDERED.**

                                                                                 JOHN G. KOELTL
                                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 2, 2025