UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

— against —

JONATHAN TORRES,

        Defendant.

23-cr-395 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The defendant is directed to provide the Court with an unredacted copy of the memorandum of law in support of the defendant's motion by **July 17, 2025.** See ECF No. 124.

SO ORDERED.

Dated:   New York, New York
       July 9, 2025

                                    John G. Koeltl
                                United States District Judge