UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                          23-cr-395 (JGK)

       – against –            ORDER

JONATHAN TORRES,

               Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument on the defendant's motion for a new trial and motion to withdraw his plea, on **July 31, 2025**, at **3:00 p.m.** in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
          July 15, 2025

                               John G. Koeltl
                     United States District Judge