UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA,

- against -

JONATHAN TORRES,

              Defendant.

23-cr-395 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has received the attached letter from the defendant which it provides to the parties. The defendant should not send any correspondence to the Court except through counsel.

SO ORDERED.
Dated:   New York, New York
        August 4, 2025

                                   John G. Koeltl
                             United States District Judge

Dear Honorable Judge.

My Name is Johnathon Torress I currently had a Trial and was Convicted in your court., This is After I was Tried in the State and the Case Was Dissmissed. I Think it is Double Jeopardy a violation of my Constitional Rights. The Case Was Tried in NYS court and

ied for the Same Thing Twice. t furthermore. I'm a man hat is in a wheelchair and an hardly Stand at 4'11. I uffer from a Brittle Bone Desease And Couldn't hurt no e if I tried. please This is ruel and Unusual punishment. ecause My Living Condition it Extremly Stressful and Almost Death Sentence being in here

th violent crooks that is unsafe or me there is No way I could Defend my Self. I come from a pretty Bad Nieghborhood t here in M.D.C. This is Hell please elease me and produce me to Court So you Could See How Stand. For me To Stay in Jail anymore is violation of My Rights. please order the Court to produce and

elease me pending 60B motion
r Appeal or My habeous
Corpus. please I pray the
Court Considers This Letter
nd Grants me Liberty To
ake Care of Health and get
e proper Treatment That I
ed.

Thank you
Respectfully.

Jonathan Torres 64103510
M.D.C. Brooklyn. 29st
P.O. Box 329002

NEW YORK NY 100
30 JUL 2025 PM 14 L

S.D.N.Y.
United States district court.
500 pearl st
N.Y. N.Y. 10007