

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

August 22, 2025

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
United States District Courthouse
500 Pearl Street
New York, New York 10007

```
Application Granted. SO ORDERED.

Dated:   August 25, 2025          /s/ John G. Koeltl
         New York, New York     John G. Koeltl, U.S.D.J.
```

      Re:      *United States v. Jonathan Torres*, S1 23 Cr. 395 (JGK)

Dear Judge Koeltl:

    The parties respectfully request an adjournment of the briefing schedule in the above-captioned matter. By order dated August 6, 2025, the Court granted the parties' first request for an adjournment, whereby the Government would submit its brief on August 29, 2025 and the defendant would respond on September 19, 2025 (*see* Dkt. No. 137). This is the parties' second request for an adjournment. The parties respectfully request an adjournment to permit the Government to submit its brief by September 12, 2025 and the defendant to respond by October 10, 2025.[1]

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney

      by:     /s/
              Courtney L. Heavey
              Christy Slavik
              Assistant United States Attorneys
              (212) 637-2413 / 1113

Cc:    Counsel of Record (by ECF)

---

[1] The defendant respectfully requests four weeks to respond to the Government instead of three weeks, as originally contemplated, due to pre-existing travel plans.