UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

JONATHAN TORRES,
                Defendant.
----------------------------------------------------------------X

23 cr 395 (JGK)

**ORDER**

        Defense submissions shall be due by **April 30, 2026.**  The Government shall make its submissions by **May 6, 2026.**

        **Sentencing will be held on Thursday, May 14, 2026, at 4:30pm.**

**SO ORDERED.**

                                    **JOHN G. KOELTL**
                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       January 28, 2026