**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

July 15, 2026

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
United States District Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. Jonathan Torres*, S1 23 Cr. 395 (JGK)**

Dear Judge Koeltl:

At the defendant's sentencing, which took place on May 14, 2026, the Court ordered the Government to submit a proposed restitution order by July 16, 2026. The parties jointly write to request a two-week adjournment of that date to permit the parties to continue discussions regarding restitution, in hopes of coming to an agreement on the restitution figure related to losses incurred by Cab Driver-1 (the carjacking victim, as identified in the defendant's Presentence Report).

Under the law, "the court shall set a date for the final determination of the victim's losses, not to exceed 90 days after sentencing." *See* 18 U.S.C. § 3664(d)(5). The sentencing in the above-captioned case took place on May 14, 2026, which permits the Court to make a final determination as to the victim's losses on or before August 12, 2026. The parties seek a two-week adjournment—*i.e.*, until July 30, 2026—to permit the parties to reach consensus. If the parties are unable to do so, the Government will file its proposed restitution order along with supporting materials by July 30, 2026.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: /s/
Courtney L. Heavey
Christy Slavik
Assistant United States Attorneys
(212) 637-2413 / 1113

**APPLICATION GRANTED**
**SO ORDERED**

John G. Koeltl, U.S.D.J.
7/15/26

Cc: Counsel of Record (by ECF)