**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,**

**- against -**

**JONATHAN TORRES,**

**Defendant.**

**23-cr-395 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The defendant shall respond to the Government's request for restitution by **August 20, 2026**. The defendant shall also indicate by that date whether he waives his presence for the announcement or entry of the order of restitution. The Government may reply by **August 27, 2026**.

**SO ORDERED.**

**Dated: New York, New York**
**July 30, 2026**

**John G. Koeltl**
**United States District Judge**