UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

JONATHAN TORRES,

Defendant.

23-cr-395 (JGK)

Order

**John G. Koeltl, District Judge:**

By **September 18, 2026**, the defendant should submit any response to the Government's July 30, 2026 submission concerning restitution.

The defendant should also state by **September 18, 2026** whether the defendant agrees to a written disposition of the Government's request for restitution or whether the defendant requests an oral determination of the request for restitution at which the defendant would be present.

**SO ORDERED.**

**Dated:** New York, New York
September 7, 2026

John G. Koeltl
United States District Judge